IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TONYA GILBERT,** | § |
| Plaintiff, | § |
| v. | § Civil Action No. **3:16-CV-2599-L-BN** |
| **NANCY A. BERRYHILL,** **Acting Commissioner of the Social Security Commission,** | § |
| Defendant. | § |

## ORDER

This social security appeal was referred to United States Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 23, 2018, recommending that the court reverse the final decision of the Commissioner of the Social Security Administration ("Commissioner") and remand this action for further proceedings consistent with her Report. No objections to the Report were filed.

After reviewing the pleadings, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**; and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 8th day of February, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**