IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TONYA G., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-2599-L** |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. 2412 ("Motion") (Doc. 19), filed May 9, 2018. On August 23, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Motion; award Plaintiff award $8,045.37 in attorney's fees and $400 in costs under 28 U.S.C. § 2412(d); and order Defendant to make the check payable to Tonya G. but to mail the check to Plaintiff's attorney's address. No objections to the Report were filed.

Having reviewed the Motion, supporting documentation, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 19); **awards** Plaintiff **$8,045.37** in attorney's fees and **$400** in costs under 28 U.S.C. § 2412(d); and **orders** Defendant to make the check payable to Tonya G. but to mail the check to Plaintiff's attorney's address.

**It is so ordered** this 7th day of September, 2018.

Sam A. Lindsay
United States District Judge